

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEL FERRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-99-062 |
| CITY OF BROWNSVILLE, | § | |
| ARTURO RODRIGUEZ, and | § | |
| CARLOS RUBINSTEIN, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-99-197 |
| CITY OF BROWNSVILLE, | § | |
| ARTURO RODRIGUEZ, and | § | |
| CARLOS RUBINSTEIN, | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFFS' MOTION TO CONSOLIDATE

Joel Ferrell and Justin Oakerson, Plaintiffs in the above-styled and numbered cases, hereby move pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate the cases for further proceedings and trial. In support of this motion, Plaintiffs state the following.

1. **Nature and Status of *Ferrell v. City of Brownsville*.** In *Ferrell*, Plaintiff Joel Ferrell contends that he was an employee of the Brownsville Emergency Medical Service (BEMS), but was fired by Defendants in retaliation for his association with and speech on behalf of a labor union, the Brownsville Professional Fire Fighters Association. At present, the Court has allowed discovery only regarding the issue of qualified immunity availability to the individual

1

Defendants. The individual Defendants' Motions for Summary Judgment based on qualified immunity is pending. The case has been set for jury selection on March 31, 2000. However, Defendants have filed an uncontested motion for a continuance which has not yet been ruled upon by the Court.

2. **Nature and Status of *Oakerson v. City of Brownsville*.** In this case, Plaintiff Justin Oakerson contends that he was an employee of the BEMS, but was fired by Defendants in retaliation for his association with and speech on behalf of a labor union, the Brownsville Professional Fire Fighters Association. The case was filed in December 1999, and presently is set for initial pre-trial conference on April 2, 2000. Mr. Oakerson was fired after litigation commenced in *Ferrell*.

3. **Interrelationship Between *Ferrell* and *Oakerson*.** The interrelationships between the two cases are numerous. The Defendants in both cases are identical. The attorneys for both parties are identical. Both Plaintiffs worked for Brownsville EMS, and both were active in attempting to organize the BEMS employees on behalf of the Brownsville Professional Fire Fighters Association. Both Plaintiffs spearheaded the union organizing effort, Plaintiff Oakerson taking up the effort after Plaintiff Ferrell was terminated. Plaintiffs allege that both of their terminations were part of a continuing course of conduct by Defendants to discourage the BEMS employees from joining and participating in the union. Plaintiffs' case in chief in both cases will be nearly identical, requiring production of the same witnesses and exhibits. Discovery in the two cases likewise will be substantially the same. For these reasons, judicial economy is best served by consolidating the two cases for trial.

4. **Certificate of Conference.** Counsel for Plaintiff has conferred with counsel for Defendant concerning this motion. Defendant opposes the motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this motion be granted, and that the two cases be consolidated for further proceedings and trial.

Respectfully submitted,

DEATS & LEVY, P.C.

*B. S. Deats* (signature)

B. Craig Deats
State Bar of Texas No. 05703700
327 Congress Ave., Suite 300
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

CARINHAS & SALDAÑA, L.L.P.
Miguel A. Saldaña
Of Counsel
State Bar of Texas No.: 17529450
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
(956) 542-9161
FAX (956) 542-3651

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been sent by certified mail, return receipt requested, to the attorney for Defendants, J. Arnold Aguilar, LAW OFFICE OF J. ARNOLD AGUILAR, Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville Texas 78520, on this **1st** day of March, 2000.

*B. S. Deats* (signature)
B. Craig Deats