9

United States District Court
Southern District of Texas
FILED

APR 19 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN OAKERSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF BROWNSVILLE, | § | B - 99 - 197 |
| ARTURO RODRIGUEZ and | § | |
| CARLOS RUBINSTEIN | § | |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **CITY OF BROWNSVILLE, TEXAS, ARTURO RODRIGUEZ** and **CARLOS RUBINSTEIN**, Defendants herein, and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) Plaintiff
Justin Oakerson

(2) Plaintiff's counsel
B. Craig Deats
DEATS & LEVY, P.C.
327 Congress Avenue, Suite 300
Austin, TX 78701

Miguel A. Saldaña
LAW OFFICE OF MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, TX 78521

V:\FP\PLEADING\99-173.CRT                                                                                        PAGE 1

(3)  Defendants
     City of Brownsville, Texas;
     Arturo Rodriguez; and,
     Carlos Rubinstein

(4)  Defendants' counsel
     J. Arnold Aguilar
     Kyle Guthrie
     LAW OFFICE J. ARNOLD AGUILAR
     Artemis Square, Suite H-2
     1200 Central Boulevard
     Brownsville, TX  78520

(5)  Risk Pool Association
     TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
     P. O. Box 149194
     Austin, TX  78714-9194

Signed on this the 19th day of April, 1999.

                Respectfully submitted,

                **LAW OFFICE**
                **J. ARNOLD AGUILAR**
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas  78520
                Telephone    :  (956) 504-1100
                Facsimile     :  (956) 504-1408

By: _____
    J. Arnold Aguilar
    Federal Adm. No. 6822

Attorney for Defendants,
CITY OF BROWNSVILLE, TEXAS, ARTURO RODRIGUEZ and CARLOS RUBINSTEIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 19th day of April, 1999, been forwarded via certified mail, return receipt requested to:

Mr. B. Craig Deats
DEATS & LEVY, P.C.
327 Congress Avenue, Suite 300
Austin, TX 78701

Mr. Miguel A. Saldaña
LAW OFFICE OF MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, TX 78521

_____
J. Arnold Aguilar