AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ Texas

APR 2 5 2000

Michael N. Milby
Clerk of Court

Justin Oakerson

v.

City of Brownsville,
Arturo Rodriguez, and
Carlos Rubenstein

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-99-197**

TO: (Name and Address of Defendant)

City of Brownsville
c/o Melissa Dennany Morales
City Secretary
City, 12th & Market Square
Brownsville, Texas  78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas  78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

DATE  12-10-99

CLERK

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-99-197   United States District Court
Southern District of Texas
FILED

APR 25 2000

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/13/99 |
| NAME OF SERVER (PRINT) Gabriel Vega, Jr. | TITLE Lone Star Civil Process |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Usual Place of business - 954 E Madison

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/99
             Date

Signature of Server

LONE STAR CIVIL PROCESS
943 N. EXPY #15-165
Brownsville, Texas 78520

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.