AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ Texas

United States District Court
Southern District of Texas
FILED
APR 25 2000
Michael N. Milby
Clerk of Court

Justin Oakerson

v.

City of Brownsville,
Arturo Rodriguez, and
Carlos Rubenstein

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-99-197

TO: (Name and Address of Defendant)

Carlos Rubenstein
City Manager
City Hall, 12th & Market Square
Brownsville, Texas 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

BY DEPUTY CLERK

DATE  12-10-99

AO 440 (Rev. 1/90) Summons in a Civil Action

CA B-99-197    13

United States District Court
Southern District of Texas
FILED
APR 25 2000
Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

| | DATE 12/13/99 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) Gabriel Vega, Jr. | TITLE Lone Star Civil Process |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Ivan D. Welker - Assistant City Manager - Carlos Rubenstein suspended for 30 days. See attached business card

## STATEMENT OF SERVICE FEES

| TRAVEL —0— | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/99
Date

Signature of Server

LONE STAR CIVIL PROCESS
943 N. EXPY #15-165
Brownsville, Texas 78520
Address of Server

of Civil Procedure.

---

**Ivan D. Welker**
Assistant City Manager

### City of Brownsville

P.O. Box 911
City Hall / Market Square
Brownsville, TX 78522-0911
(956) 548-6007
(956) 548-6010 Fax
TDD (800) RELAY-TX


BROWNSVILLE
On the Border By the Sea

E-mail: ivan@ci.brownsville.tx.us