14

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

APR 27 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Koerner |
| DATE | 04 / 27 / 00 |
| TIME | 10:45 a.m. — 11:00 a.m. |
| CIVIL ACTION | B - 99 - 197 |
| STYLE | OAKERSON versus CITY OF BROWNSVILLE, ET AL. |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference; ___ day   ☐ Bench   ☐ Jury Trial   (Rptr. Breckecord )

    for   ■ Ptf. #_____   ☐ Deft. #_____
    for   ■ Ptf. #_____   ☐ Deft. #_____

1. Agreed order on initial defense motion (Dkt. No. ) GRANTED. Plaintiff dismisses claims based on right to free speech. Defendants' motions to dismiss (Dkt. No. 3-1 & 5-1) are DENIED as MOOT. Defendants' motions to stay discovery (Dkt. No. 3-2 & 5-2) are DENIED as MOOT.
2. Plaintiff's motion to consolidate (Dkt. No. 8) is DENIED.
3. The Court will enter a scheduling order.