United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN OAKERSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| CITY OF BROWNSVILLE, | § | B - 99 - 197 |
| ARTURO RODRIGUEZ and | § | |
| CARLOS RUBINSTEIN | § | |

## AGREED ORDER ON INITIAL DEFENSE MOTIONS

On the 27th day of April, 2000, the Court conducted a hearing to consider the Defendants' Motions to Dismiss for failure to state a claim upon which relief may be granted, and the individual Defendants' Motions to Stay Discovery pending resolution of their claims to qualified immunity. Counsel for Plaintiff and Defendants appeared and announced ready. Upon further hearing, the parties announced the following agreements:

(1) Plaintiff agrees that he is seeking damages only for violation of his right to freedom of association, although he is not pursuing any claim for violation of his right to free speech, under the First Amendment to the U.S. Constitution, and he therefore moves to DISMISS any claims he would have in this litigation for violation of his right to free speech.

(2) Based on the withdrawal of Plaintiff's claim of violation of his right to free speech, Defendants request that their Motion to Dismiss this cause of action be DENIED as moot.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss his claim of violation of his First Amendment right to free speech is hereby GRANTED, and such claim is hereby DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss Plaintiff's claim of violation of his First Amendment right to free speech is hereby DENIED as moot.

With regard to a discovery plan, the parties have further agreed that discovery will proceed initially with regard to the individuals' claims of entitlement to qualified immunity, although the witnesses' testimony will be limited only by the Federal Rules of Civil Procedure, rather than strictly to the issue of their entitlement to qualified immunity. The parties have further agreed to complete such initial discovery by July 30, 2000, and that the individual Defendants may then file any appropriate dispositive motions relating to qualified immunity by August 30, 2000. The parties have further agreed that all remaining discovery may be completed by October 31, 2000, and that any additional dispositive motions may be filed by November 30, 2000.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that discovery proceed initially on the individual defendants' claims of entitlement to qualified immunity, although witnesses' testimony need not be limited strictly to the issue of their entitlement to qualified immunity. Such initial discovery shall be completed by July 30, 2000. The individual

Defendants may then file any appropriate dispositive motions relating to qualified immunity by August 30, 2000.

IT IS FURTHER THEREFORE ORDERED, ADJUDGED and DECREED that Defendants ARTURO RODRIGUEZ' and CARLOS RUBINSTEIN'S Motions to Stay Discovery are DENIED as moot.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all remaining discovery in this action be completed by October 31, 2000, and any additional dispositive motions be filed by November 30, 2000.

Any matters not specifically addressed in this Order shall be governed by the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Texas, the Civil Procedures of this Court, and any standing or further orders, operating rules, and procedures applicable to the disposition of pending lawsuits in this Court.

SIGNED on this the 27th day of April, 2000.

HILDA TAGLE,
U.S. DISTRICT JUDGE

By: _____
B. Craig Deats
Federal Adm. No. 6369
Attorney for Plaintiff


By: _____
J. Arnold Aguilar
Federal Adm. No. 6822
Attorney for Defendants