United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Justin Oakerson §
versus §
City of Brownsville, et al. §        CIVIL ACTION B- 99-197
§
§

Scheduling Order

1. Trial: Estimated time to try: __5__ days.        ☐ Bench   ☒ Jury

2. New parties must be joined by:        June 16, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   Aug. 11, 2000

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:        October 31, 2000

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:        November 30, 2000

7. Joint pretrial order is due:        Feb. 22, 2001

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   March 1, 2001

9. Jury Selection is set for 9:00 a.m. on:        March 5, 2001

The case will remain on standby until tried.

Signed __May 17__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*