18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUSTIN OAKERSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-99-197 |
| § | |
| CITY OF BROWNSVILLE, § | |
| ARTURO RODRIGUEZ, and § | |
| CARLOS RUBINSTEIN, § | |
| § | |
| Defendants. § | |

United States District Court
Southern District of Texas
FILED

NOV 1 3 2000

Michael N. Milby
Clerk of Court

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel for Plaintiff hereby notifies the court of the relocation of its offices effective October 16, 2000:

DEATS & LEVY, P.C.
2204 Lake Austin Blvd.
Austin, Texas 78703
(512) 474-6200
(512) 474-7896 (fax)

Respectfully submitted,

DEATS & LEVY, P.C.

*[signature]*

B. Craig Deats
TBN: 05703700
327 Congress Avenue, Suite 300
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing pleading was sent to the attorney of record for Defendants, J. Arnold Aguilar, Law Office of J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville Texas 78520, FAX (956) 504-1408, by telephonic document transfer and by regular first class U.S. mail on this _6th_ day of November, 2000.

                                                _____
                                                B. Craig Deats