# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Koerner |
| DATE | 11 / 21 / 00 |
| TIME | 3:56 p.m. — 4:25 p.m. |
| CIVIL ACTION | B-99-197 |
| STYLE | Oakerson *versus* City of Brownsville, et al |

## DOCKET ENTRY

(HGT)   ■ Status Conference;    ☐ Motion Hearing;    (Rptr. Breck Record )

Craig Deats and Miguel Saldana    for    ■ Ptf. # _____   ☐ Deft. # _____

Arnold Aguilar    for    ☐ Ptf. # _____   ■ ALL Defts.

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions:

☐ Motions taken under advisement: _____

■ Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. The Parties will be provided with thirty days from the date of this hearing to do any additional discovery in both 99-62 and 99-197. The Parties must do the following within thirty days thereafter:

    (a) Submit an exhibit and witness list for the Rule 404(b) hearing;

    (b) Submit a memorandum listing all the Rule 404(b) evidence that each Party wants to use in each case; and,

1

    (c)    Submit a joint memorandum informing the Court of the order in which the Parties propose to address the issues at the Rule 404(b) hearing.

■ <u>Comments</u>:

1. <u>Procedural posture of the two cases</u>: Discovery deadline has passed in both cases. No motions on qualified immunity have been filed in Oakerson.

2. <u>Personnel policies</u>: 1978 policies were in place when Ferrell was fired. In 1998, those policies were amended and any "for cause" termination language was removed. At that point any new hires were at-will employees. The 1978 policies had an automatic reversion to old job if fail probational period; that provision was changed in the new policies. Oakerson was a part-time employee before he was promoted.

3. <u>Oakerson discovery</u>: Oakerson hasn't been deposed by the Defendants. Plaintiff doesn't object to the deposition of Oakerson taking place although the discovery deadline has passed for 99-197.

2

ClibPDF - www.fastio.com