21

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 2 2 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Oakerson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-197 |
| | § | |
| City of Brownsville, Texas, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on November 21, 2000, the Court made the following rulings:

(1)  The Parties must complete any additional discovery to prepare for the Court's hearing on the admissibility of evidence under Federal Rule of Evidence 404(b) by December 21, 2000.

(2)  The following must be submitted for the Court's consideration by January 22, 2001:

   (a)  the Plaintiffs and the Defendants must respectively each submit an exhibit and witness list for the Rule 404(b) hearing;

   (b)  the Parties must submit a joint memorandum that lists and provides a brief description of all the Rule 404(b) evidence that each Party seeks to admit in each case, indicating whether each Party is opposed or supports the admission of the evidence.

   (c)  the Parties must submit an agreed memorandum containing a proposal on how the Parties believe the Court can best organize the Rule 404(b) hearing; and,

1

(d)    the Plaintiffs and the Defendants must respectively submit a memorandum of law arguing for or against the admissibility of all Rule 404(b) evidence. These memoranda should be comprehensive and supersede any prior memoranda or briefs submitted to the Court on the admissibility of Rule 404(b) evidence.

(3)    The dispositive motion deadline has passed in *Ferrell v. City of Brownsville, et al.*, and the Court will not consider any additional dispositive motions in that case. However, the Parties are ordered to brief the relevance of Neubauer v. City of McAllen, 766 F.2d 1567 (5th Cir. 1985), overruled on other grounds by Walther v. Lone Star Gas Co., 952 F.2d 119, 126 (5th Cir. 1992), to the City of Brownsville's pending motion for summary judgment.

(4)    The dispositive motion deadline in *Oakerson v. City of Brownsville, et al.*, is November 30, 2000. That deadline will be strictly enforced.

The Court expects to be informed of any issues that may affect the deadlines in this order in an expeditious fashion.

DONE, at Brownsville, Texas, this 21 day of November 2000.

Hilda G. Tagle
United States District Judge

2