IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-99-197 |
| CITY OF BROWNSVILLE, ARTURO RODRIGUEZ, and CARLOS RUBINSTEIN, | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
DEADLINES FOR RULE 404(b) SUBMISSIONS AND HEARING**

Comes now the Plaintiff, and respectfully requests that the present deadlines for Rule 404(b) submissions and hearing be extended. In support of this motion, Plaintiff states the following.

1. By order dated November 21, 2000, the Court established a discovery deadline of December 21, 2000, and set January 22, 2001 as the deadline for the parties' submission of:

    (a) exhibit and witness lists for the Rule 404(b) hearing;

    (b) joint memorandum describing the Rule 404(b) evidence that the parties seek to admit;

    (c) an agreed memorandum containing the parties' proposal for organization of the Rule 404(b) hearing; and

    (d) memorandums of law on the Rule 404(b) issues.

By order dated January 2, 2001, the Court set a hearing on the Rule 404(b) matters for February 12, 2001.

2. Plaintiff seeks to extend the January 22, 2001 deadline for the parties' Rule 404(b) submissions until February 22, 2001, and to extend the Rule 404(b) hearing to a date set by the Court after that.

1

3. In support of this motion, Plaintiff states that since the December 20, 2000 discovery deadline Plaintiff's counsel has had numerous commitments in other cases, including two mediations, two briefs in the Texas Supreme Court, discovery responses, and pre-trial matters in a case set for trial in Travis County District Court on January 22, 2001. Defendants' counsel likewise has had other commitments that have necessitated delay in conferring with Plaintiff's counsel about the matters to be jointly submitted. Plaintiff seeks this extension not for purposes of delay, but only to serve the legitimate needs of the parties in attempting to provide meaningful information for the Court's consideration.

4. **Certificate of Conference.** Plaintiff's counsel has conferred with Defendants' counsel regarding this motion. Defendants' counsel does not oppose this motion

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this motion be granted, and that the January 22, 2001 deadline for Rule 404(b) submissions be extended until February 22, 2001, and that the Rule 404(b) hearing be reset at a date after February 22, 2001.

Respectfully submitted,

DEATS & LEVY, P.C.

B. Craig Deats
State Bar of Texas No. 05703700
327 Congress Ave., Suite 300
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

CARINHAS & SALDAÑA, L.L.P.

_____
Miguel A. Saldaña
Of Counsel
State Bar of Texas No.: 17529450
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
(956) 542-9161
FAX (956) 542-3651

Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document has been sent by telephonic document transfer and first class mail to the attorney for Defendants, J. Arnold Aguilar, LAW OFFICE OF J. ARNOLD AGUILAR, Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville Texas 78520, FAX (956) 504-1408, on this 18th day of January, 2001.

                                                  _____
                                                  Miguel A. Saldaña