# LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified
Personal Injury Trial Law
Texas Board of Legal Specialization

Member, College of the State Bar of Texas

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

January 22, 2001

United States District Court
Southern District of Texas
FILED

JAN 2 2 2001

Michael N. Milby
Clerk of Court

Mr. Butch Barbosa, Deputy Clerk
U.S.D.C - Brownsville Division
United States Courthouse
600 E. Harrison
Brownsville, Texas   78520

Re:  Civil Action No. B-99-197
     Justin Oakerson  vs.  City of Brownsville, et al.
     U.S.D.C. - Brownsville Division
     Our File No. 99-173

Dear Mr. Barbosa:

Enclosed herewith for your filing with the Court regarding the above styled and numbered cause, please find one (1) original and one (1) copy of the following:

1.   Defendants' Exhibit List; and,
2.   Defendants' Witness List.

By copy of this correspondence, all counsel of record are receiving a duplicate of this filing.

Thank you for your assistance in this matter.

Very truly yours,

LAW OFFICE
J. ARNOLD AGUILAR

By: _____
    J. Arnold Aguilar

JAA.fp
*Encls.

Artemis Square, Suite H-2  /  1200 Central Blvd.  /  Brownsville, Texas 78520

Mr. Butch Barbosa, Deputy Clerk
U.S.D.C - Brownsville Division
January 22, 2001
Page -2-

---

xc:   Mr. B. Craig Deats
      DEATS 7 LEVY, P.C.
      2204 Lake Austin Blvd.
      Austin, TX 78703

      Mr. Miguel A. Saldaña
      LAW OFFICE OF MIGUEL A. SALDAÑA
      302 Kings Highway, Suite 109
      Brownsville, TX 78521

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

CIVIL ACTION NO. B - 99 - 197

| | | |
|---|---|---|
| JUSTIN OAKERSON,<br>　　　　Plaintiff<br><br>VS.<br><br>CITY OF BROWNSVILLE, ARTURO RODRIGUEZ<br>and CARLOS RUBINSTEIN<br>　　　　Defendants | § § § § § § § § § § § § § | JUDGE:<br><br>Courtroom Deputy:<br><br>Court Reporter:<br><br>COURT TRIAL / JURY TRIAL / HEARING<br><br><br>DATE: |

EXHIBIT LIST OF DEFENDANTS　　　　　　　　　　ATTORNEY: J. ARNOLD AGUILAR
PAGE 1 OF 4 PAGES

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| D-1 | City of Brownsville Organizational Chart | | | | | | |
| D-2 | City of Brownsville, Texas Personnel Policies, effective June 13, 1978 | | | | | | |
| D-3 | City of Brownsville Personnel Policies Manual, effective July 7, 1998 | | | | | | |
| D-4 | Training Officer Job Description | | | | | | |
| D-5 | EMS Training Officer Job Posting | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-6 | Personnel Action Notice of 1/18/99 re: Justin Oakerson | | | | | | |
| D-7 | T.D.H. Continuing Education Program form, with class schedule | | | | | | |
| D-8 | 2/22/99 Incident Report re: missing portable radio | | | | | | |
| D-9 | 3/2/99 Incident Report re: Oakerson's no call/no show | | | | | | |
| D-10 | 3/15/99 written warning to Oakerson re: fueling vehicle | | | | | | |
| D-11 | Oakerson Performance Review of 3/23/99 | | | | | | |
| D-12 | City of Brownsville Employee Performance Review form | | | | | | |
| D-13 | 4/21/99 memo from Johnston to Rodriguez re: damaged Life Pack 12, with employees' statements | | | | | | |
| D-14 | 5/11/99 letter from Rodriguez to Oakerson re: possible disciplinary action | | | | | | |
| D-15 | Transcript of 5/14/99 Q & A between Gonzalez and Oakerson | | | | | | |
| D-16 | 4/30/99 complaint of Supervisor Trejo re: Oakerson | | | | | | |
| D-17 | 5/6/99 memo from Rodriguez to Oakerson re: Quality Assurance Report | | | | | | |
| D-18 | 6/14/99 memo from Johnston to Rodriguez re: BEMS Staff Certification List | | | | | | |
| D-19 | Johnston's Performance Review of Oakerson of 6/18/99 | | | | | | |

ClibPDF - www.fastio.com

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-20 | Oakerson's note to Rodriguez listing six (6) categories of information | | | | | | |
| D-21 | Performance Appraisal of Oakerson of 1/15/99-6/21/99 | | | | | | |
| D-22 | 6/21/99 letter from Rodriguez to Oakerson notifying of failure of probationary period and termination | | | | | | |
| D-23 | Forms Management and Billing format requirements | | | | | | |
| D-24 | Personnel Action Notice of 6/22/99 re: Oakerson | | | | | | |
| D-25 | 6/23/99 letter from Saldaña to Rubinstein re: appeal of Oakerson's termination | | | | | | |
| D-26 | 6/29/99 letter from Rubinstein to Saldaña re: non-appealability of Oakerson's failure of orientation period | | | | | | |
| D-27 | 5/8/00 letter from Aguilar to Deats re: return of Oakerson to EMT/Paramedic position | | | | | | |
| D-28 | 5/16/00 letter from Deats to Aguilar re: return to EMT/Paramedic position | | | | | | |
| D-29 | 6/1/00 letter from Aguilar to Deats re: Oakerson's return | | | | | | |
| D-30 | 6/7/00 letter from Deats to Aguilar re: Oakerson's return | | | | | | |
| D-31 | 6/20/00 letter from Deats to Aguilar withdrawing Oakerson's return as EMT/Paramedic | | | | | | |
| D-32 | 10/98 Written Evaluation form for BLS for Healthcare providers | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D-33 | 6/9/99 memo from Oakley-Holloman to TMTI CPR Instructors re: reports | | | | | | |
| D-34 | 12/19/00 deposition transcript of Oakerson | | | | | | |
| D-35 | Oakerson's 11/25/98 receipt and acknowledgement of Personnel Policies Manual | | | | | | |
| D-36 | 2/11/99 memo from Oakerson to Rodriguez re: Training costs, with Rodriguez' response | | | | | | |
| D-37 | 2/19/99 memo from Oakerson to Rodriguez re: costs of training, with Rodriguez' response | | | | | | |
| D-38 | Description of EMS Uniforms | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL ACTION NO. B – 99 – 197

| JUSTIN OAKERSON | § | JUDGE: |
| | § | |
| VS. | § | Courtroom Deputy: |
| | § | |
| CITY OF BROWNSVILLE, | § | Court Reporter: |
| ARTURO RODRIGUEZ and | § | COURT TRIAL/JURY TRIAL / HEARING |
| CARLOS RUBINSTEIN | § | DATE: |

## EXHIBIT D - 2
## DEFENDANTS' WITNESS LIST

| | |
|---|---|
| 1. Plaintiff, Justin Oakerson<br>37 Meadow Glen Drive<br>Brownsville, TX 78520 | It is anticipated that Mr. Oakerson will provide testimony relating to each of the exhibits listed in Defendants' Exhibit List, in addition to each of the following topics:<br>(1) his own activities on behalf of the BFFA;<br>(2) his prior position as a part-time paramedic;<br>(3) his application for, and appointment to, the position of Training Officer;<br>(4) the City's 1978 Personnel Policies;<br>(5) the City's 1998 Personnel Policies Manual;<br>(6) duties of a Paramedic;<br>(7) duties of a Training Officer<br>(8) his performance as Training Officer;<br>(9) his failure of the promotional orientation period;<br>(10) his failure to apply to return to a former position as part-time paramedic or as full-time paramedic;<br>(11) efforts to mitigate his lost wages claim; and,<br>(12) his claims of retaliation. |
| 2. Jeff Johnston<br>954 E. Madison<br>Brownsville, TX 78520 | It is anticipated that Mr. Johnson will provide testimony relating to each of the exhibits listed in Defendants' Exhibit List, in addition to each of the following topics:<br>(1) His lack of any knowledge of Oakerson's activities on behalf of the BFFA;<br>(2) Oakerson's prior position as a part-time paramedic;<br>(3) Oakerson's application for, and appointment to, the position of Training Officer; |

| | |
|---|---|
| | (4) The City's 1978 Personnel Policies;<br>(5) The City's 1998 Personnel Policies Manual;<br>(6) Duties of a Paramedic;<br>(7) Duties of Training officer;<br>(8) Oakerson's performance as Training Officer;<br>(9) Oakerson's failure of the promotional orientation period;<br>(10) Oakerson's failure to apply to return to a former position as part-time paramedic or full-time paramedic;<br>(11) Oakerson's claims of retaliation;<br>(12) The reasons and basis for his conclusion that Oakerson did not adequately perform the duties associated with the position of Training Officer, and his opinion that Oakerson did not pass his promotional orientation period; and,<br>(13) The effects of his conclusion that Oakerson did not pass his promotional orientation period. |
| 3. Arturo Rodriguez<br>665 Acacia Lake Drive<br>Brownsville, TX 78520 | It is anticipated that Mr. Rodriguez will provide testimony relating to several of the exhibits listed in Defendants' Exhibit List, in addition to each of the following topics:<br>(1) his lack of, or limited, knowledge of Oakerson's activities on behalf of the BFFA;<br>(2) Oakerson's prior position as a part-time paramedic;<br>(3) Oakerson's application for, and appointment to, the position of Training Officer;<br>(4) The City's 1978 Personnel Policies;<br>(5) The City's 1998 Personnel Policies Manual;<br>(6) Duties of a paramedic;<br>(7) Duties of a Training Officer;<br>(8) Oakerson's performance as Training Officer;<br>(9) Oakerson's failure of the promotional orientation period;<br>(10) Oakerson's failure to apply to return to a former position as part-time paramedic or as a full-time paramedic;<br>(11) Oakerson's claims of retaliation;<br>(12) His receipt of Johnston's recommendation that Oakerson did not pass his promotional orientation period and the effects of that conclusion; and,<br>(13) His actions on having received Johnston's recommendation and conclusion. |

| 4. Carlos Rubinstein<br>1570 Capistrano Drive<br>Brownsville, TX 78520 | It is anticipated that Mr. Rubinstein will provide testimony relating to several of the exhibits listed in Defendants' Exhibit List, in addition to each of the following topics:<br>(1) his limited knowledge of Oakerson's activities on behalf of the BFFA;<br>(2) The City's 1978 Personnel Policies;<br>(3) The City's 1998 Personnel Policies Manual;<br>(4) City management structure;<br>(5) Duties and position description of a Paramedic;<br>(6) Duties and position description of a Training Officer;<br>(7) Effect of Oakerson's failure of the promotional orientation period;<br>(8) Effect of Oakerson's failure to apply to return to a former position as part-time paramedic or as a full-time paramedic;<br>(9) Oakerson's claims of retaliation;<br>(10) City of Brownsville's policies regarding appeal of failure of promotional orientation period;<br>(11) His actions on receipt of Oakerson's attempt to appeal alleged disciplinary action; and,<br>(12) Inability of City Manager, EMS Director, or EMS Assistant Director to make policy for City. |
|---|---|
| 5. Lidia Gonzales<br>Human Resources Dept.<br>City of Brownsville<br>City Hall-Market Square<br>Brownsville, TX 78520 | It is anticipated that Ms. Gonzales will testify to the interpretation and effect of the City's 1978 Personnel Policies and 1998 Personnel Policies Manual, the purpose, effect and interpretation of the promotional orinetation period, duties of Assistant EMS Director, EMS Director and City Manager relating to failure of promotional orientation period, and Plaintiff's earnings. |
| 6. Alfredo Christman<br>45 Oro Circle<br>Brownsville, TX 78521 | It is anticipated that Mr. Christman will testify to the relationship between the Brownsville Fire Fighters Association and Mr. Rubinstein and the lack of any relationship between the BFFA and Mr. Rodriguez or Mr. Johnston. |
|  |  |
|  |  |
|  |  |

ClibPDF - www.fastio.com