28

United States District Court
Southern District of Texas
ENTERED

JAN 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-197 |
| | § | |
| CITY OF BROWNSVILLE, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 24, 2001 the Court **GRANTED** the Plaintiff's Unopposed Motion to Extend Deadlines for Rule 404(b) Submissions and Hearing [Dkt. No. 26]. The Parties are **ORDERED** to submit the documents required by the Court's order of November 21, 2000 [Dkt. No. 21] by February 22, 2001. The Court will hold a hearing on the admissibility of all Rule 404(b) evidence on April 10, 2001 at 1:30 p.m. The submission deadline will be strictly enforced and no further continuances of either the submission deadline or the hearing will be granted.

DONE at Brownsville, Texas, this 24th day of January 2001.

_____
Hilda G. Tagle
United States District Judge