29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-197 |
| | § | |
| CITY OF BROWNSVILLE, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 13, 2001 the Court **GRANTED** the Plaintiff's Unopposed Amended Motion for Leave to File Plaintiff's Second Amended Original Complaint [Dkt. No. ~~19~~ 22].

DONE at Brownsville, Texas, this 21st day of February 2001.

*Hilda Tagle*
_____
Hilda G. Tagle
United States District Judge