United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CA NO. B-99-197 |
| CITY OF BROWNSVILLE, | § | |
| ARTURO RODRIGUEZ, and | § | JURY |
| CARLOS RUBINSTEIN, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S WITNESS LIST

| | Name and Address | Nature of Testimony |
|---|---|---|
| 1. | Justin Oakerson<br>37 Meadow Glen Drive<br>Brownsville, Texas 78520 | Mr. Oakerson will testify concerning his organizing activities on behalf of the BFFA; the circumstances surrounding his discharge; the bases for his belief that his discharge was in retaliation for protected conduct; disparate treatment of Plaintiff vis a vis other Brownsville EMS employees; whether Joel Ferrell's conduct on September 20, 1997 violated Brownsville EMS standard operating procedures; disparate treatment of Joel Ferrell vis-a-vis other BEMS employees; the individual Defendants' status as policymakers for Brownsville; and his pay loss, mental anguish, and other damages as a result of his unlawful discharge. |
| 2. | Joel Ferrell<br>1034 Southmark Circle<br>Harlingen, Texas 78550 | Mr. Ferrell will testify concerning his activities on behalf of the Brownsville Professional Fire Fighters Association (BFFA); the circumstances surrounding the termination of his employment; the bases for his belief that he was discharged in retaliation for protected activity; and the individual Defendants' status as policymakers for Brownsville. |

1

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| 3. | Bryan Chandler<br>Baker Potts Road & Garrett<br>Rural Route 6, Box 308A<br>Harlingen, Texas 78552 | Mr. Chandler will testify by videotaped deposition concerning a conversation he had with Defendant Arturo Rodriguez in which Rodriguez told him belonging to the BFFA would be a bad career move, and otherwise disparaged the BFFA. |
| 4. | Reynaldo Rosales<br>954 East Madison<br>Brownsville, Texas 78520 | Mr. Rosales will testify concerning his actions and those of Joel Ferrell on the September 20, 1997 emergency run; and of the disparate treatment of Mr. Ferrell vis-a-vis Mr. Rosales himself. |
| 5. | Reynaldo Gil<br>1971 Turqueza Drive<br>Brownsville, Texas 78520 | Mr. Gil will testify concerning a conversation with Defendant Rodriguez during which Rodriguez told him there would never be a union in Brownsville EMS; and to Mr. Rodriguez's veiled threats concerning possible disciplinary action made after Gil was identified by in the Ferrell case as a person with knowledge of relevant facts. |
| 6. | Fermin Casarez<br>4424 Sierra Madre<br>Brownsville, Texas 78520 | Mr. Casarez will testify concerning Defendant Rodriguez's statement in a conversation that there will never be a union in Brownsville EMS; to other conversations in which Mr. Rodriguez disparaged the Brownsville FFA and discouraged him from joining the union; and concerning Defendant Rodriguez's failure to discharge Rigoberto Bocanegra after he failed his promotional probation period. |
| 7. | Alfredo Christman<br>45 Oro Circle<br>Brownsville, Texas 78521 | Mr. Christman is the President of the Brownsville FFA. He will testify concerning Joel Ferrell's and Justin Oakerson's attempts to organize Brownsville EMS employees on behalf of the BFFA; Defendant Rubinstein's refusal to allow dues deductions for BEMS employees who were BFFA members; and Mr. Rodriguez's refusal to allow BEMS employees to provide standby EMS service at the BFFA's annual Independence Day picnic; and the impact of Mr. Ferrell's and Mr. Oakerson's discharge on the union organizing effort. |
| 8. | Sam Ortega<br>954 East Madison<br>Brownsville, Texas 78520 | Mr. Ortega is a Brownsville EMS supervisor who will testify about his knowledge and the knowledge of others concerning Plaintiff's union organizing efforts; and his discussions with Defendant Rodriguez concerning the BFFA. |

2

| | | |
|---|---|---|
| 9. | Arturo Rodriguez<br>954 East Madison<br>Brownsville, Texas 78520 | Mr. Rodriguez is the EMS Director who will testify concerning his alleged reasons for discharging Plaintiff and Mr. Ferrell; his disparate treatment of Plaintiff and Mr. Ferrell compared to other BEMS employees; his knowledge of and reaction to the BFFA organizing efforts; and the individual Defendants' status as policymakers for Brownsville. |
| 10. | Carlos Rubinstein<br>City Hall, Market Square<br>Brownsville, Texas 78520 | Mr. Rubinstein was the Brownsville City Manager who sustained Rodriguez's decision to discharge Mr. Ferrell and refused to hear Mr. Oakerson's termination grievance; he will testify concerning his alleged reasons for doing so; and the individual Defendants' status as policymakers for Brownsville. |
| 11. | Mike Higgins<br>627 Radam Lane<br>Austin, Texas 78745 | Mr. Higgins is the Service Director for the Texas State Association of Fire Fighters. He will testify concerning a conversation with the Brownsville mayor in which he was told that Mr. Rubinstein would not discuss with him the BFFA's efforts to organize Brownsville EMS employees. |
| 12. | Carlos Elizondo<br>3733 Old Highway 77<br>Brownsville, Texas 78520 | Mr. Elizondo is expected to testify to an interview he had with Defendant Rodriguez immediately prior to his hiring in May 1997. During the interview Mr. Rodriguez told him that he could not belong to the Union if he was going to work for Brownsville EMS. Mr. Elizondo will also testify that Mr. Rodriguez made comments indicating that he also intended to get rid of some current employees who were involved with the Union. |
| 13. | Craig Deats<br>327 Congress Ave., Ste. 300<br>Austin, Texas 78701 | Mr. Deats will testify concerning Plaintiff's attorney fees. |

Respectfully submitted,

DEATS & LEVY, P.C.

*/s/ B. Craig Deats*

B. Craig Deats
Fed. Adm. No. 6369
TBN: 05703700
327 Congress Avenue, Suite 300
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

3

_Miguel A. Saldaña_
Miguel A. Saldaña
LAW OFFICES OF MIGUEL A. SALDAÑA
Fed. Adm. No. 10954
TBN: 17529450
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
(956) 542-9161
FAX (956) 542-3651

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was sent to the attorney of record for Defendants, J. Arnold Aguilar, Law Office of J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville Texas 78520, FAX (956) 504-1408, by hand delivery on this 22nd day of February, 2001.

_Miguel A. Saldaña_
Miguel A. Saldaña

4