IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| Plaintiff, | § | |
| v. | § | CA NO. B-99-197 |
| CITY OF BROWNSVILLE, ARTURO RODRIGUEZ, and CARLOS RUBINSTEIN, | § | JURY |
| Defendants. | § | |

## PLAINTIFF'S EXHIBIT LIST

| No. | Description | Admit | Excl. |
|---|---|---|---|
| 1 | Brownsville EMS Organizational Chart – FY 1999 | | |
| 2 | EMS Dispatch, Volume 1, Issue 1, dated June 1997 | | |
| 3 | 6/18/97 Memorandum to all EMS Department personnel from Arturo Rodriguez, subject: Volunteer Services by EMS Personnel | | |
| 4 | Personnel Action Notice effecting Justin Oakerson's promotion from EMT-Intermediate to EMT-Paramedic effective 12/15/97 | | |
| 5 | Personnel authorization effecting 2% pay raise for Justin Oakerson effective 10/1/98 | | |
| 6 | Personnel authorization effecting 3% pay raise for Justin Oakerson effective 4/1/99 | | |
| 7 | Job vacancy announcement – EMS Training Officer (applications accepted 10/5/98 to 10/9/98) | | |
| 8 | Personnel Action Notice effecting Justin Oakerson's promotion from EMT-Paramedic to EMS Training Officer effective 1/18/99 | | |
| 9 | 3/23/99 Employee Performance Review of Justin Oakerson by Jeff Johnston and Arturo Rodriguez | | |
| 10 | Guidelines – Interim Merit Increase Policy and Performance Evaluation | | |

1

| No. | Description | Admit | Excl. |
|---|---|---|---|
| 11 | 4/25/99 newspaper advertisement for re-election of Mayor Henry Gonzalez featuring picture of Justin Oakerson with other BFFA officials and Mayor | | |
| 12 | Undated, unsigned performance appraisal of Justin Oakerson for period from 1/15/99 to 6/21/99 | | |
| 13 | 6/21/99 letter to Justin Oakerson from Arturo Rodriguez re: termination of employment | | |
| 14 | Personnel Action Notice effecting termination of Justin Oakerson's employment effective 6/22/99 | | |
| 15 | 6/23/99 letter to Carlos Rubinstein from Miguel A. Saldaña re: Appeal of Termination – Justin Oakerson | | |
| 16 | 6/29/99 letter to Miguel A. Saldaña from Carlos Rubinstein re: Refusal to Hear Oakerson's Termination Appeal | | |
| 17 | 10/16/97 reference letter for Justin Oakerson by FBI Special Agent Cory B. Nelson | | |
| 18 | 10/16/98 reference for Justin Oakerson by Brownsville Fire Chief Ramiro Torres | | |
| 19 | 3/12/99 letter of appreciation to Justin Oakerson from Russell Elementary School Counselors | | |
| 20 | 6/13/99 certification of Justin Oakerson as Registered EMT – Paramedic by the National Registry of Emergency Medical Technicians | | |
| 21 | 6/19/99 Certificate of Special Recognition presented to Justin Oakerson by U.S. Representative Solomon P. Ortiz | | |
| 22 | Brownsville Personnel Policies Manual dated July 7, 1998 | | |
| 23 | Justin Oakerson pay loss calculation 6/22/99 to trial date | | |

Respectfully submitted,

DEATS & LEVY, P.C.

_____
B. Craig Deats
Fed. Adm. No. 6369
TBN: 05703700
327 Congress Avenue, Suite 300
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

_____
Miguel A. Saldaña
LAW OFFICES OF MIGUEL A. SALDAÑA
Fed. Adm. No. 10954
TBN: 17529450
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
(956) 542-9161
FAX (956) 542-3651

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was sent to the attorney of record for Defendants, J. Arnold Aguilar, Law Office of J. Arnold Aguilar, Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville Texas 78520, FAX (956) 504-1408, by hand delivery on this 22nd day of February, 2001.

_____
Miguel A. Saldaña