36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUSTIN OAKERSON, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-99-197 |
| CITY OF BROWNSVILLE, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 23, 2001 the Court **AMENDED** its order of February 13, 2001 [Dkt. No. 29]. The order should have stated that the Court grants Defendants' Motion for Leave to File Defendants' Motion for Summary Judgment [Dkt. No. 22].

DONE at Brownsville, Texas, this 23rd day of February 2001.

Hilda G. Tagle
United States District Judge