37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Oakerson, | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO. B-99-197 |
| City of Brownsville, Texas, et al, | § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED, that on February 26, 2001, the Court **STRUCK** the Plaintiff's Memorandum of Authorities Regarding Admissibility of Evidence [Dkt. No. 30] and the Plaintiff's Joint Memorandum Regarding Recommendations for Procedure at the April 10, 2001 Motions Hearing [Dkt. No. 34]. The Plaintiff incorrectly included the style of another case, <u>Ferrell v. City of Brownsville, et al.</u>, B-99cv062, in the caption of the stricken memoranda. This lawsuit has not been consolidated with <u>Ferrell</u>, and, therefore, filings should not contain its style. The Plaintiff is granted leave to refile the stricken memoranda before March 2, 2001.

DONE, at Brownsville, Texas, this 26 day of February 2001.

Hilda G. Tagle
United States District Judge