40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Oakerson, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. B-99-197 |
| City of Brownsville, Texas, et al, | § § § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED, that on March 20, 2001, the Court **ORDERED** the Plaintiff to submit pages 177 to 180 of Defendant Rodriguez' deposition by March 26, 2001. The Plaintiff refers to this portion of Defendant Rodriguez' deposition in his Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment [Dkt. No. 25], but does not provide a copy of the referenced pages.

DONE, at Brownsville, Texas, this 20th day of March 2001.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge