42

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUSTIN OAKERSON § § §

versus § § CIVIL ACTION B:99-197
§ §

CITY OF BROWNSVILLE, et al § §

# NOTICE

Please take notice that the *Hearing* set for April 10, 2001 at **1:30 p.m.** has been reset for **4:00 p.m.** as per order of the Court.

Signed on _April 10_____, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge