43

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

APR 10 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |
| DATE | 04 — 10 — 01 |
| TIME | 4:33 p.m. — 5:40 p.m. |
| CIVIL ACTION | B — 99 — 197 |
| STYLE | Oakerson *versus* City of Brownsville, et al |

DOCKET ENTRY

(HGT)  ■ Status Conference;    ☐ Motion Hearing;   (Rptr. Breck Record )

Craig Deats and Miguel Saldana     for    ■ Ptf. #_____  ☐ Deft. #_____

Arnold Aguilar                     for    ☐ Ptf. #_____  ■ ALL Defts.

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ☐ Following motions:

1.  The consideration and admissibility of alleged Federal Rule of Evidence 404(b) matters in ruling on pending motions

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

■   Rulings orally rendered on:

1.  The Court will consider Ferrell's termination in ruling on the pending summary judgment motion and the related alleged anti-union comments made by Defendant Rodriguez.