IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOEL FERRELL
JUSTIN OAKERSON
    Plaintiffs,

vs.

CITY OF BROWNSVILLE, TEXAS, et al.
    Defendants.

Civil Action B-99-062
Civil Action B-99-197

## ORDER

    BE IT REMEMBERED THAT on September 21, 2001, the Court considered the Plaintiffs' Motions to Consolidate, as well as the briefings on the admissibility of evidence surrounding one Plaintiff's discharge in the other Plaintiff's lawsuit, and vice versa, which were filed in these cases. [B-99-062, Dkt. Nos. 8, 67, 73, 75, 77, 78, 79, 80, 82, and 85; B-99-197, Dkt. Nos. 27, 30, 31, 32, 33, 35, 38, and 39]. Although the Court originally denied the motions on March 23, 2000 [B-99-62, Dkt. Nos. 36 and 37; B-99-197, Dkt. No. 14], because at that time it was impossible to determine whether consolidation would be possible, the Court then vacated its ruling denying the motion to consolidate. [B-99-63, Dkt. No. 66; B-99-197, Dkt. No. 19]. The Court informed counsel that it would rule on consolidation after ruling on the summary judgment motions currently pending in the two cases. [B-99-62, Dkt. No. 85; B-99-197, Dkt. No 43] Those rulings have been made, [B-99-62, Dkt. 43; B-99-197, [Dkt. No. forthcoming]], the Court hereby **GRANTS** the Plaintiffs' Motions to Consolidate.

    DONE this 21st day of September, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge